No. 366.   NAIM v. NAIM.   Appeal from the Supreme Court of Appeals of Virginia.   The motion to recall the mandate and to set the case down for oral argument upon the merits, or, in the alternative, to recall and amend the mandate is denied.   The decision of the Supreme Court of Appeals of Virginia of January 18, 1956, 197 Va. 734, 90 S. E. 2d 849, in response to our order of November 14, 1955, 350 U. S. 891, leaves the case devoid of a properly presented federal question.   *David Carliner, Herbert Monte Levy, Will Maslow, Arthur Lazarus, Richard Schifter, Jack Wasserman* and *Edward Ennis* for appellant-movant.

No. 105.   THOMPSON v. COASTAL OIL Co.   Certiorari, 350 U. S. 817, to the United States Court of Appeals for the Third Circuit.   The petition for rehearing is granted. The judgment entered January 30, 1956, 350 U. S. 956, is vacated and the case is restored to the docket for reargument.   MR. JUSTICE HARLAN took no part in the consideration or decision of the petition for rehearing.   *Silas Blake Axtell* and *Charles Andrews Ellis* for petitioner.

No. 701.   REID, SUPERINTENDENT, DISTRICT OF COLUMBIA JAIL, v. COVERT.   Appeal from the United States District Court for the District of Columbia.   Further consideration of the question of the jurisdiction of this Court in this case and of the motion to dismiss or affirm is postponed to the hearing of the case on the merits. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Richard J. Blanchard* for appellant.   *Frederick Bernays Wiener* for appellee.